B 4 (Official Form 4)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                                    )     Case No 20-00044-11
                                          )     Chapter 11
CLAAR CELLARS, LLC, a Washington          )
Limited Liability Company,                )
                                          )
                         Debtor.          )
_____   )

### LIST OF CREDITORS HOLDING
### 20 LARGEST UNSECURED CLAIMS

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, and email address of creditor contact | (3) Nature of claim (for example, trade debts, bank loans, professional services and government contracts) | (4) Indicate if claim is contingent, unliquidated or disputed | (5) Amount of unsecured claim (If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim). | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1. American Express Delta Card PO Box 650448 Dallas, TX 75265-0448 | 800-297-6200 | Goods / Services | Contingent | | | $48,177.05 |
| 2. Chase PO Box 6294 Carol Stream, IL 60197-6294  Chase PO Box 15123 Wilmington, DE 19850 | 800-346-5538 | Goods / Services | Contingent | | | $27,362.90 |
| 3. American Express National Bank AENB | Richard | Goods / Services | Contingent | | | $27,328.12 |

LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS - 1

# B 4 (Official Form 4)

| | | | | | | |
|---|---|---|---|---|---|---|
| 4315 South 2700 West<br>Salt Lake City, UT 84184 | | | | | | |
| 4.<br>Scott Laboratories<br>1480 Cedar Lane<br>Petaluma, CA 94954 | Christy<br>707-765-6666 | Services /<br>Supplies | | | | $13,236.31 |
| 5.<br>Innovative Sourcing, Inc.<br>421 Keys Road<br>Yakima, WA 98901 | 509-452-4800 | Services<br>/Supplies | | | | $9,682.60 |
| 6.<br>Cascade Capital Group<br>1501 4th Avenue Suite 2840<br>Seattle, WA 98101 | Jody<br>206-276-5209 | Services /<br>Supplies | Contingent | | | $9,250.00 |
| 7.<br>Pape Material Handling<br>Po Box 987<br>Eugene, OR 97440<br><br>Pape Material Handling<br>PO Box 35144 #5077<br>Seattle, WA 98124-5144 | Shauna<br>541-681-5369 | Services /<br>Supplies | | | | $6,952.54 |
| | | | | | | |

///End of Body of Document///

LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS - 2

B 4 (Official Form 4)

Date: _____          _____
                                   Debtor

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, ROBERT C. WHITELATCH, Member of Claar Cellars, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing 20 LARGEST UNSECURED CREDITORS and that it is true and correct to the best of my information and belief.

Date: _____1-9-2020_____          _____
                                   CLAAR CELLARS, LLC
                                   Debtor
                                   By:  Robert C. Whitelatch
                                   Title:  Member

LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS - 3