**So Ordered.**

**Dated: January 28th, 2020**



Whitman L. Holt
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

CLAAR CELLARS, LLC.,

Debtors.

Case No. 20-00044 WLH11
Chapter 11

AGREED SCHEDULING ORDER

[28 U.S.C. §586(a)(7)(iv)]
[11 U.S.C. §105(d)]

Based upon the Application by the Acting United States Trustee for approval of a scheduling order for this chapter 11 case, and subject to the debtor in possession's reservation of the right to file requests for extensions of the time as the circumstances of the case may require, and good cause appearing,

IT IS HEREBY ORDERED THAT

1. The Debtor in Possession shall open its debtor in possession accounts ~~open~~ by January 31st, 2020 and close its prepetition accounts by January 31st, 2020.

2. The Debtor in Possession shall have insurance in place by January 31st, 2020 and have the United States Trustee listed as a certificate holder and provide evidence of it to the United States Trustee by January 31st, 2020.

3. The Debtor in Possession shall file it motion for approval of employment of counsel and its proposed accountant by February 14th, 2020.

4. Any leases or executory contracts shall be assumed or rejected by February 28, 2020.

5. Any Notice of Intent to Pay Insider Compensation shall be filed and served by February 28, 2020.

6. A plan and disclosure statement shall be filed by July 7th, 2020.

\\\End of Order\\\

Presented by:

 /s/ Gary W. Dyer
GARY W. DYER, CSBA # 106701
Assistant U.S. Trustee


 /s Steven Sackmann
Steven H. Sackmann, WSBA # 618
Attorney for Debtor in Possession


 /s/ Toni Meacham
Toni Meacham, WSBA # 35068
Attorney for debtor in possession

\* Changes made by court

AGREED SCHEDULING ORDER                                                                                                  Page 2