METINER G. KIMEL – Wa. State Bar No. 21280
KIMEL LAW OFFICES
205 N. 40th Ave, Ste 205
Yakima, WA 98908

Telephone: (509) 452-1115
Facsimile: (509) 965-5860

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: Claar Cellars, LLC | Case No. 20-00044 |
|---|---|
| , | Chapter 11 Case |
| Debtor. | **BAKER BOYER BANK'S OBJECTION TO DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION** |
| In re RC Farms LLC, | |
| Plaintiff, | |
| vs. | |
| , | |
| Defendants. | |

Baker Boyer Bank, a secured creditor of Claar Cellars LLC ("Claar"), one of the administratively consolidated debtors in the case, now objects to the Debtor's Joint Chapter 11 Plan of Reoganziation (the "Plan") on the following grounds:

1. The Plan fails to satisfy Code §1129(b)(1) and the Plan's treatment of Baker Boyer's claim is not fair and equitable. Without good reason, the plan eliminates virtually all of

In re Claar Cellars, Case No. 20-00044
In re RC Farms LLC, Case No. 20-00045
Baker Boyer Opposition to amendment of Debtors' petitions

20-00044-WLH11    Doc 367    Filed 10/12/20    Entered 10/12/20 21:58:05    Pg 1 of 2

the covenants contained under Baker Boyer's loan documentsBoth Claar and RC Farms LLC ("RC", and collectively with Claar, the "Debtors") commenced their Chapter 11 cases with the filing of separate petitions on January 9, 2020.

2. For example, Baker Boyer's loan documents provide that the death of one of the guarantor's may constitute a default under the loan documents. Should the Plan be confirmed, Baker Boyer could be forced to continue to deal with a Debtor whose ownership structure could be substantially changed by the death or incapacity of one of the principals of the Debtor, effectively resulting in an unbargained for change in the parties to the original agreement.

3. Further, while it may appear that secured creditors, including Baker Boyer, are overcollateralized in the case, the proposed five year marketing period proposed by the Debtors is too long without adequate court supervision or other deadlines with regard to how the Debtors will liquidate. Instead, all the plan promises are delayed payments from a failing operation.

Accordingly, Baker Boyer requests that the Court deny confirmation of the Plan.

Dated: October 12, 2020

                              KIMEL LAW OFFICES

                              /s/ Metiner G Kimel